UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUDOLPH JOHNSON | CIVIL ACTION |
| VERSUS | NO. 13-0755 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "C" (4) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for failing to comply with the Show Cause Order issued by the United States Magistrate on September 10, 2013.

New Orleans, Louisiana, this 29th day October, 2013.

UNITED STATES DISTRICT JUDGE